JS-6

VINCENT L. RAVINE (State Bar No. 206432) vince@vravinelaw.com
KYLE RAMBEAU (State Bar No. 278549) kyle@vravinelaw.com
17879 Ridgeway Road
Granada Hills, CA 91344
Telephone:  818 600 8111
Facsimile:   818 488 9008
Attorney for Plaintiff Air Hollywood, Inc.

ERIC D. OLSON, State Bar No. 198373
LEE, HONG, DEGERMAN, KANG & WAIMEY
3501 Jamboree Road, Suite 6000
Newport Beach, CA 92660
Telephone: (949) 250-9954
Facsimile: (949) 250-9957
Email: eolson@lhlaw.com
Attorney for Defendant Magnum 9, Inc. f/k/a OOZOO FILM, INC.

JOSEPH KOO, State Bar No. 322537
JOSEPH S. PARK, State Bar No. 322066
LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017
Telephone: (213) 623-2221
Facsimile: (213) 623-2211
Email: jkoo@lhlaw.com; jpark@lhlaw.com
Attorneys for Defendant Magnum 9, Inc. f/k/a OOZOO FILM, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIR HOLLYWOOD, INC., a California Corporation<br><br>Plaintiff,<br>vs.<br>OOZOO FILM, INC., a South Korean Corporation; and DOES 1-10, inclusive<br><br>Defendant | CASE NO.: CV 21-4149-GW-PLAx<br><br>**ORDER RE: JOINT MOTION TO DISMISS PURSUANT TO FED.R.CIV. PRO. 41(a)(2)**<br><br>Case Filed:  May 18, 2021<br>Trial Date:   May 16, 2023 |

//

//

# ORDER

**THIS MATTER** is before the Court on the Parties' Joint Motion to Dismiss Pursuant to Rule 41(a)(2). The Parties agree that the case captioned *Air Hollywood, Inc. v. OOZOO FILM, INC., Civil No. 2:21-cv-04149-GW-PLA*, has been settled and that the Settlement Agreement fully resolves the claims in the Plaintiff's Complaint against the Defendant.

The Parties request in their motion that *Civil No. 2:21-cv-04149-GW-PLA* be dismissed with prejudice.

For the reasons stated in the Parties' Motion, the Court finds that the proposed dismissal is proper under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED:**

(1)  The case captioned *Reel Air Hollywood, Inc. v. OOZOO FILM, INC., Civil No. 2:21-cv-04149-GW-PLA*, is dismissed with prejudice.

DATED:  October 31, 2022

_____*George H. Wu*_____
Hon. George H. Wu
United States District Judge